FILED

2016 May-23  PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ERIC K. WILLIAMS, and all those similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No.: 5:15-cv-01434-MHH |
| STELLAR RECOVERY, INC., | ) ) | |
| Defendant. | ) | |

### PLAINTIFF'S  MOTION TO DISMISS DEFENDANT DISH NETWORK LLC AND REQUEST FOR A NEW SCHEDULING ORDER

COMES NOW Plaintiff in the above styled action and moves this Honorable Court to dismiss Defendant Dish Network LLC without prejudice from this action. Defendant Dish Network has not been served or filed a responsive pleading in this case.  Plaintiff desires to dismiss Defendant Dish Network LLC from this action. Further, pursuant to the Court's conference call with the parties on May 3, 2016, Plaintiff respectfully  requests the Court  for a new scheduling order in this matter.

WHEREFORE, PREMISES CONSIDERED, Plaintiff moves this Honorable Court to dismiss Defendant Dish Network LLC without prejudice and for a new scheduling order in this matter.

Respectfully submitted this _23rd_ day of __May__, 2016.

    s/Wesley L. Phillips
Wesley L. Phillips
Attorney for Plaintiff

OF COUNSEL:
PHILLIPS LAW GROUP, LLC
Post Office Box 362001
Birmingham, Alabama 35236
Telephone: (205) 383-3585
Facsimile: (800) 536-0385
Email: wlp@wphillipslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing on the parties/attorneys of record by filing the foregoing on the CM/ECF filing system which will electronically serve a copy of the foregoing to the parties of record this the _23rd_ day of __May__, 2016.

Alison Emery
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207

    s/Wesley L. Phillips
OF COUNSEL