## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| ERIC K. WILLIAMS, and all those similarly situated, ) ) ) | |
| Plaintiff, ) | Case No.: 5:15-cv-01434-MHH |
| ) | |
| v. ) | |
| ) | |
| STELLAR RECOVERY, INC. ) | |
| ) | |
| Defendant. ) | |

### UNOPPOSED MOTION FOR LEAVE TO WITHDRAW

Comes now Alison N. Emery, counsel for Defendant STELLAR RECOVERY, INC., and requests leave to withdraw her appearance on behalf of the named Defendant, in support of which, stating:

1. That the named counsel appeared on behalf of Defendant on September 25, 2015.

2. That Assurance Law Group, P.A. and the undersigned attorney have been directed by Stellar Recovery, Inc. to cease representation in this matter. *see* Affidavit of Consent to Withdrawal attached hereto as Exhibit A. The undersigned is authorized to state that Stellar has ceased operations.

3. That the undersigned has provided Defendant and all counsel in the instant case notice of her intent to file the present Motion for Leave to Withdraw.

4. That the undersigned has conferred with counsel for Plaintiff, Eric K. Williams, and has received no objection.

5. That future notice to Stellar Recovery, Inc.is to be made at the following address:

>Stellar Recovery, Inc.
>c/o Brant, Reiter, Mccormick & Johnson, P.A.,
>135 West Bay Street, Suite 400 – 4th Floor
>Jacksonville, FL 32202

**WHEREFORE**, counsel for Defendant respectfully requests leave of this Court to withdraw her appearance on behalf of Defendant.

Dated: May 16, 2018

Respectfully submitted,

*/s/Alison N. Emery*
Alison N. Emery, Esq.
FL Bar No. 0621641
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207
904-497-4904 (phone)
904-458-8979 (fax)
alison@assurancelawgroup.com

## CERTIFICATE OF SERVICE

**I HERBY CERTIFY** that a true and correct copy of the foregoing was filed and served on May 16, 2018 via the Court Clerk's CM/ECF system which will provide notice to the following: Wesley L. Phillips, Counsel for Plaintiff, at wlp@wphillipslaw.com.

*/s/Alison N. Emery*
Alison N. Emery, Esq.