## AFFIDAVIT OF CONSENT TO WITHDRAWAL OF COUNSEL

STATE OF FLORIDA
COUNTY OF DUVAL

Stellar Recovery, Inc. hereby consents to the withdrawal from this matter of Assurance Law Group, P.A., including all attorneys comprising the firm, as well as all firms and attorneys representing Stellar Recovery, Inc. as local counsel coordinated by Assurance Law Group, P.A.. Stellar Recovery, Inc. not only consents to the withdrawal, but directs that the firm and its attorneys cease representation of Stellar Recovery, Inc.

Stellar Recovery, Inc. can be contacted via its Registered Agent Brant, Reiter, Mccormick & Johnson, P.A., by mail at 135 West Bay Street, Suite 400 – 4th Floor, Jacksonville, FL 32202, and by email at AHJohnson@BARMJLaw.com, and via its sole Director, Mr. John Schanck, by email at john.schanck@stellarrecoveryinc.com and by mail at 4800 Spring Park Road, Jacksonville, Florida 32207.

I hereby declared under penalties of perjury that the foregoing is true and correct.

Dated: February 28, 2018

Stellar Recovery, Inc.
John Schanck, Director

FURTHER AFFIANT SAYETH NAUGHT

STATE OF FLORIDA
COUNTY OF DUVAL

The foregoing instrument was acknowledged before me this February 28, 2018, by John Schanck as sole Director of Stellar Recovery, Inc. Such person did take an oath and is ✓ personally known to me OR ____ produced identification. (Type of Identification Produced _____)

Notary Public, State of Florida
My Commission Expires:

TAMMI MARIE HATFIELD
MY COMMISSION # GG179434
EXPIRES: January 25, 2022

EXHIBIT A