## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the __13__ day of __December, 2018__, I served this summons together with the complaint as follows:

- [x] By personal service on the defendant at __2074 McNicoll Ave, Vancouver, BC V6L 3R7__

- [ ] By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)

  _____

  _____

- [ ] By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)

  _____

  _____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

__12/17/2018__
*Date*                           *Authorized or Specially Appointed Process Server*

Costs of Service: Service fee:                                    $
   Expenses: _____ miles @ _____ cents    $_____
                              TOTAL $