## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **ERIC K. WILLIAMS, and all those** similarly situated, ) ) ) **Plaintiff,** ) ) v. ) ) **STELLAR RECOVERY, INC. and** ) **JOHN G. SCHANCK,** ) ) **Defendants.** ) | Case No.: 5:15-cv-01434-MHH |

### AFFIDAVIT OF SERVICE

I, __ERIC LIMOGES__, being first duly sworn or under penalty of perjury, state that at all times relevant, I was over 18 years of age and not a party to or interested in the above-styled case; that I received __the Summons and Complaint issued in this action for John G. Schanck by the Northern District of Alabama__ on the __30TH__ day of __NOVEMBER__, 2018.

I personally served the same on the __13__ day of __December__, 2018 at the hour of __2:57__ __P__ M. by delivering and leaving a copy of the Summons and Complaint with __JOHN G. SCHANCK__ who is either the Defendant or a person of suitable age and discretion at the following address __2074 McNicoll Avenue, Vancouver, BC V6Z 3R7__.

1

Further Affiant Saith Not.

ERIC LIMOGES
Name of Process Server

_____
Signature

## ACKNOWLEDGEMENT

I, the undersigned, a Notary Public in and for B.C., hereby certify that Eric Limoges, whose name is signed to the foregoing affidavit, and has been made known to me by sufficient proof, acknowledged before me on this date that he/she voluntarily executed the same.

Given under my hand and seal on this the 17 day of December, 2018.

A Notary Public in and for the Province of British Columbia.

Notary Public

My Commission Expires: CANADA
PROVINCE OF BRITISH COLUMBIA
PERMANENT COMMISSION

KENNETH SHERK
*NOTARY PUBLIC*
STE. 301 - 1497 MARINE DR.
WEST VANCOUVER, B.C.
V7T 1B8  922-5972

2